C. A. No. 75-47. STATE *v.* RICHARD RATTENNI. The State's motion to dismiss appeal of defendant is denied. The defendant's petition to file his transcript out of time is granted subject to defendant's payment of the estimated fee for the preparation of the transcript within 20 days of this order. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *Bevilacqua & Cicilline, John F. Cicilline,* for defendant.

C. A. No. 75-54. STATE *v.* BRUCE LEONARDO. Motion of defendant for appointment of special counsel is denied. The Public Defender is directed to represent defendant in the further prosecution of his appeal. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *William F. Reilly,* Public Defender, for defendant.

APPEAL No. 73-206. RALPH C. IZZO *v.* THE PRUDENTIAL INSURANCE COMPANY OF AMERICA. Petition for reargument is granted. Mr. Justice Kelleher is of the opinion that the petition for reargument should be denied. *S. Thomas Cotroneo,* for plaintiff. *Higgins & Slattery, Robert J. Dumouchel,* for defendant.

APPEAL No. 74-288. PILGRIM LAND DEVELOPERS, INC. *v.* ANTHONY L. SANTILLI *et al.* The plaintiff-appellee's motion to affirm the judgment of the Superior Court under Rule 16(g), as amended, is denied. *Edward L. Maggiacomo,* for plaintiff-appellee. *John S. Brunero,* Town Solicitor, for defendants-appellants.